

**BARRACK | RODOS | BACINE**

*A Professional Corporation*
ATTORNEYS AT LAW

Alexander Arnold Gershon
agershon@barrack.com

February 22, 2022

<u>Via ECF</u>

The Honorable Edgardo Ramos
United Stated District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    <u>*Stein v. Applied Materials, Inc., et al.*, 22-cv-00974 (ER)</u>

Dear Judge Ramos:

I write with regard to the Order to Show Cause that is being filed simultaneously with this letter in the above-captioned action.  The Order to Show Cause concerns a request for a preliminary injunction enjoining two Applied Materials, Inc. ("Applied Materials" or the "Company") stockholder votes that are scheduled to take place on March 10, 2022.  These votes are Proposal 1, which will elect the ten Defendant board members for a 1-year term, and Proposal 2, which concerns a "say-on-pay" vote on executive compensation.

As stated in the Order to Show Cause and accompanying memorandum and declaration, we submit that Defendants have failed to adequately disclose how they calculate executive and director compensation in the proxy statement furnished in advance of these shareholder votes.  Specifically, Defendants have failed to provide the assumptions they made to calculate such compensation, which is required by the SEC.  For that reason, these votes are uninformed and the proxy statement violates Section 14(a) of the Securities Exchange Act of 1934.

Given the short time before the vote is scheduled to occur – March 10, 2022 – we have moved by order to show cause, and we request an expedited briefing schedule.  **We ask that the Court set a briefing schedule whereby Defendants file any opposition by March 1, 2022, and Plaintiff's reply should be filed by March 3, 2022.**  We will serve Your Honor's order on Defendants as soon as possible through the Company's registered agent for service in Delaware. As directors of Applied Materials, a Delaware corporation, all Defendants are required to accept service in this way, and we effected service of the Complaint and Summonses in this action on February 7, 2022 through the registered agent.  (See ECFs. 26-36.)



The Honorable Edgardo Ramos
February 22, 2022
Page 2


        We appreciate Your Honor's attention to this pressing matter, and we remain available to discuss this matter at Your Honor's convenience.  Please note that if Your Honor wishes to contact me by cell phone, my number is (917) 621-7998.



                    Respectfully,

                    Alexander Arnold Gerson


AAG/mmb
Enclosures