**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SHIVA STEIN, | : | |
| | : | C.A. No. 1:22-cv-00974-ER |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| APPLIED MATERIALS, INC., RANI | : | |
| BORKAR, JUDY BRUNER, XUN (ERIC) | : | |
| CHEN, AART J. de GEUS, GARY E. | : | |
| DICKERSON, THOMAS J. IANNOTTI, | : | |
| ALEXANDER A. KARSNER, | : | |
| ADRIANNA C. MA, YVONNE McGILL, | : | |
| and SCOTT A. McGREGOR, | : | |
| | : | |
| Defendants. | : | |

**ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

Upon the complaint filed in this action, the declaration of Alexander Arnold Gershon dated February 22, 2022, the exhibits annexed thereto, and the accompanying memorandum of law, it is

ORDERED, that the above named defendants show cause before this Court at Room 619, United States Courthouse, 40 Foley Square, New York, New York, on Friday March 4, 2022 at 4:30 P.M., or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction to (1) prevent a stockholders' vote on the election of ten directors to the Defendant Applied Materials, Inc.'s ("Applied Materials") board of directors; and (2) prevent a stockholders' vote on the compensation of Applied Materials' named executive officers for the fiscal year 2021, until the information required by SEC Schedule 14A (Item 8(a)), SEC Reg. S-K (Items 402(c)(1) and

2

402(c)(2)(v) and (vi)) and Instruction 1 thereto, and SEC Release No. 8732A is furnished to stockholders; and it is further

ORDERED that defendants will serve and file their opposition papers by ___March 1___, 2022 , and plaintiff will serve and file her reply papers by ___March 3___, 2022 .

DATED:   New York, New York

ISSUED: 02/23/2022 at 2:45PM

_____
United States District Judge

2