**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SHIVA STEIN, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 1:22-cv-00974-ER |
| | : | |
| v. | : | |
| | : | |
| APPLIED MATERIALS, INC., RANI | : | |
| BORKAR, JUDY BRUNER, XUN (ERIC) | : | |
| CHEN, AART J. de GEUS, GARY E. | : | |
| DICKERSON, THOMAS J. IANNOTTI, | : | |
| ALEXANDER A. KARSNER, | : | |
| ADRIANNA C. MA, YVONNE McGILL, | : | |
| and SCOTT A. McGREGOR, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Shiva Stein hereby withdraws her preliminary injunction motion brought by

Order to Show Cause.  Dkt. No. 41.


Dated:   New York, New York            **BARRACK, RODOS & BACINE**
       February 25, 2022


                    By:___*Arnold Gershon*_____
                       A. Arnold Gershon
                       Michael A. Toomey
                       11 Times Square
                       640 Eighth Avenue, 10th Floor
                       New York, NY  10036
                       Telephone:  (212) 688-0782
                       Facsimile:  (212) 688-0783


                    *Attorneys for Plaintiff Shiva Stein*