**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : C.A. No. 1:22-cv-00974-ER |
| | : |
| v. | : |
| | : |
| APPLIED MATERIALS, INC., RANI | : |
| BORKAR, JUDY BRUNER, XUN (ERIC) | : |
| CHEN, AART J. de GEUS, GARY E. | : |
| DICKERSON, THOMAS J. IANNOTTI, | : |
| ALEXANDER A. KARSNER, | : |
| ADRIANNA C. MA, YVONNE McGILL, | : |
| and SCOTT A. McGREGOR, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(i).

Dated:  New York, New York          **BARRACK, RODOS & BACINE**
        February 28, 2022


                                    By:  *Arnold Gershon*
                                       A. Arnold Gershon
                                       Michael A. Toomey
                                       11 Times Square
                                       640 Eighth Avenue, 10th Floor
                                       New York, NY  10036
                                       Telephone:  (212) 688-0782
                                       Facsimile:  (212) 688-0783

                                    *Attorneys for Plaintiff Shiva Stein*