# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHIVA STEIN,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLIED MATERIALS, INC., RANI BORKAR, JUDY BRUNER, XUN (ERIC) CHEN, AART J. de GEUS, GARY E. DICKERSON, THOMAS J. IANNOTTI, ALEXANDER A. KARSNER, ADRIANNA C. MA, YVONNE McGILL, and SCOTT A. McGREGOR,<br><br>        Defendants. | C.A. No. 1:22-cv-00974-ER |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  New York, New York
        February 28, 2022

**BARRACK, RODOS & BACINE**

By: *Arnold Gershon*
    A. Arnold Gershon
    Michael A. Toomey
    11 Times Square
    640 Eighth Avenue, 10th Floor
    New York, NY 10036
    Telephone: (212) 688-0782
    Facsimile: (212) 688-0783

*Attorneys for Plaintiff Shiva Stein*